Case 1:23-cv-01382-RP   Document 1   Filed 11/06/23   Page 1 of 9

FILED
November 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Corey Ray_____
DEPUTY

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

RECEIVED
NOV 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the

Sara Herrera )
_____ )
Petitioner )
v. ) Case No.  Criminal Case # TBD
Federal Custody ) (Supplied by Clerk of Court)
_____ )
)
Respondent )
(name of warden or authorized person having custody of petitioner)

**1:23-cv-01382-DII**

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Sara Herrera
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: House Arrest
   (b) Address: 1117 E. 19th St.
                Weslaco, Texas 78596
   (c) Your identification number: _____

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain: _____
   Pretrial house arrest/ solitary confinement

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other *(explain):* Prolonged +2yr detention/ house arrest, never disclosed. I'm illegally being excluded from the meetings & dealing with domestic abuse & stalking. Please help move up the court date.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: US District Court, Western District of Texas
   San Antonio Division
   (b) Docket number, case number, or opinion number: SA22CA2215, SA22CA2216, SA23CA0233
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*
   Please expedite Judgment Day it's been over two years unemployed with no updates.
   Subjected to harassment, cyber crime and domestic abuse.

   (d) Date of the decision or action: Dismissed by the San Antonio Court ~August 2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: US District Court, Western District of Texas
       San Antonio Division
       (2) Date of filing: December 9, 2022
       (3) Docket number, case number, or opinion number: SA22CA2215
       (4) Result: Dismissed
       (5) Date of result:
       (6) Issues raised: Employment Discrimination

       4/18/2023 An attorney grievance was submitted to the State BAR of Texas Chief Disciplinary Counsel
       pertaining to Carlos E. Hernandez misconduct. Alleges professional misconduct,
       communication, neglect, integrity, conflicts, and declining or Termination Representation.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: US District Court, Western District of Texas, San Antonio Division
   (2) Date of filing: December 9, 2022
   (3) Docket number, case number, or opinion number: SA22CA2216
   (4) Result: Dismissed
   (5) Date of result:
   (6) Issues raised: Misdiagnosis-Medical Malpractice

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes          ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: US District Court, Western District of Texas, San Antonio Division
   (2) Date of filing: 2/27/2023
   (3) Docket number, case number, or opinion number: SA23CA0233
   (4) Result: Dismissed
   (5) Date of result: August 2023
   (6) Issues raised: Violation of Civil Rights under Color of Law via intimidation, excessive force, and fabricated content (42 U.S.C. 1983).

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes          ☒ No
If "Yes," answer the following:
(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes          ☐ No

Page 4 of 9

7

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes          ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☐ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Motions to Transfer, To Get an Attorney, To Consolidate/Expedite
(b) Name of the authority, agency, or court: Austin FBI to facilitate the transfer as a Criminal Case in Austin, Texas.
(c) Date of filing: 9/8/2023
(d) Docket number, case number, or opinion number:
(e) Result: WIP-Under Investigation
(f) Date of result:
(g) Issues raised: Move forward in filing this as a Federal Criminal Case to sue and press charges since it's been years of delays, neglect, my life has been and continues to be placed at risk, resulted in aggravated assault of a severe left arm injury. Currently still impacting my life negatively, unable to work, domestic abuse, harassment, cyber crime, isolation/ solitary confinement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violates 42 U.S.C. 1983 Deprivation of Civil Rights/ Color of Law via intimidation, excessive force & fabricated content. Violates Brady Rule suppression of material evidence and witness statements, violates due process.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
SAPD gaslighted & fabricated content to derail me down the severe Psychiatric Industry. Poor judgment and no investigation conducted. Witness statements & blood/ urine tests will demonstrate that I'm being gaslighted & framed in a negative light based on defamation.
(Brady v. Maryland, Giglio v. United States).

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes     ☐ No     *Just didn't legally code the Brady Rule Violation.-SH*

**GROUND TWO:** Violates 18 U.S.C. Ch. 110 A Domestic Violence & Stalking.
Domestic Violence (physical, emotional, economic, Psychiatric, verbal and technological).
Prolonged pretrial detention exceeds threshold (+2 years).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Aggravated assault resulting in bodily injury of a broken arm fostered by hostile lethal environment
Dealing with domestic abuse at home for sharing my testimony. Dealing with ongoing stalking from watch crew along with cyber crime and long term unemployment of +two years.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes     ☒ No     *Only on case paperwork not appeal.-SH*

**GROUND THREE:** Violates my constitutional rights of the 1st, 5th & 6th amendments which protects freedom of speech, the press, assembly, and the right to petition the government. No one should be deprived of life, liberty or property without due process. Nor the right to legal representation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I'm being censored and telecommunications monitored. Phone records will show that calls/ texts are being blocked. I haven't heard from friends/ relatives in +2 years. Cyber crime preventing me from getting employed, I have 3 solid career paths and haven't found a permanent job.
Two years later and still no attorney.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes     ☒ No     *Only on case paperwork not appeal.-SH*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Violation of the 8th amendment medical indifference of cruel & unusual punishment by misdiagnosing and putting me through an unnecessary lethal treatment that is degrading, torture, jeopardized my life, stains my reputation & medical history (violates 18 U.S.C. 241, 248 (2)).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Misdiagnosis hindered my body and fostered illegal food tampering without my consent and based on lies/ fabricated content resulting in aggravated assault of severed bodily injury of a broken arm. Doctor confirmed is misaligned and will have long term effects. Almost one year since the injury and the strength in my arm is not the same.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes　　　　☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Reference summons section for complete list.

## Request for Relief

15. State exactly what you want the court to do: Reference the "Remedies/ Relief" section and the attached document for this particular question.

Page 8 of 9

11

**Continuation of question 15. State exactly what you want the court to do:**

Reference "Remedies/ Relief" section.

Serve Justice and move forward in filing this as a federal criminal case to sue and press charges as it's been years of delays contributing to domestic abuse and stalking. This aftermath from reporting a Civil Rights violation is subject to De Novo review and all legal issues, concerns should be consolidated under one lawsuit to streamline and avoid any inefficiencies. I ask for the courts expertise and unbiased opinion to mitigate further damages and hold the defendants accountable for their portion of neglect, indifference, illegal conduct that contributed to questionable/ unethical delays, detours resulting in a severe injury. Along with holding them liable for their portion of relief damages for their lack of integrity that deprived a good citizen from life, liberty, property without due process of law, legal representation, cruel and unusual punishment by putting me through an unnecessary lethal psychiatric treatment *(violation of 42 U.S.C. 1983, Brady Rule, constitutional rights of the 1st, 4th, 5th, 6th, 8th and 15th amendments).* Furthermore, my medical record should be cleared/ annulled as I was misdiagnosed and that is illegal, it disables and jeopardizes my future. This is fraud and a lie to cover up the HEB discrimination negligence aftermath by fabricating illnesses that don't exist and puts all the blame on me as the reason for being terminated from HEB. It's defamation and changes the narrative/ label from discrimination to mentally ill. Wanting justice is not an illness nor disability but a right. People should not be punished for reporting a Civil Rights violation.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/3/2023

Sara Herrera
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*