IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SARA HERRERA, | § § § | |
| Petitioner, | § § | |
| v. | § § | 1:23-CV-1382-DII-ML |
| FEDERAL CUSTODY, | § § § | |
| Respondent. | § | |

**FINAL JUDGMENT**

On this date, the Court issued an order denying with prejudice Petitioner Sara Herrera's Petition for Writ of Habeas Corpus, (Dkt. 1). The Court also denied all pending motions in this cause. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on March 4, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE